UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JOGAAK DENG JOGAAK,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>STATE OF SOUTH DAKOTA and AMANDA SCHAEFERS, South Dakota DOC Parole Officer,<br><br>　　　　　Respondents. | 4:21-CV-04023-KES<br><br><br>ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS |

Petitioner, Jogaak Deng Jogaak, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. Docket 1. Judgment was entered against Jogaak, and he filed a notice of appeal. Dockets 38 and 39. The court denied Jogaak a certificate of appealability. Docket 37 at 4-5. Jogaak now files a motion for leave to appeal in forma pauperis and included a financial affidavit. Dockets 41 and 42.

The Eighth Circuit historically has looked to district courts to rule on in forma pauperis motions for appeal and has held that the filing-fee provisions of the PLRA do not apply to habeas corpus actions. *Malave v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001). To determine whether a habeas petitioner qualifies for in forma pauperis status, the court need only assess (1) whether the petitioner can afford to pay the full filing fee, and (2) whether the petitioner's appeal is taken in "good faith." 28 U.S. C. § 1915(a)(1), (3).

Jogaak's motion for leave to appeal in forma pauperis and financial affidavit indicate that he cannot afford to pay the $505.00 appellate filing fee. Docket 41 at 1-2; Docket 42 at 1. Jogaak's notice of appeal appears to be taken in good faith. Because Jogaak has insufficient funds to pay the $505.00 appellate filing fee, his motion for leave to appeal in forma pauperis (Docket 41) is granted.

IT IS ORDERED:

1. That Jogaak's motion for leave to appeal in forma pauperis (Docket 41) is granted.

Dated November 23, 2021.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE